# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Katena Armstrong v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10174-DRH-PMF |
| *Kimberly Byrd, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* [1] | No. 3:11-cv-12890-DRH-PMF |
| *Katie Chor, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* [2] | No. 3:11-cv-12891-DRH-PMF |
| *Danielle Duncan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13349-DRH-PMF |
| *Natasha Haley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* [3] | No. 3:11-cv-12892-DRH-PMF |
| *Christina Halstead v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10004-DRH-PMF |
| *Natasha Hester v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11031-DRH-PMF |
| *Jessica Goodman v. Bayer HealthCare Pharmaceuticals Inc., et al.* [4] | No. 3:11-cv-11028-DRH-PMF |
| *Melissa Gorman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10153-DRH-PMF |
| *Mary Schwenke v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-10163-DRH-PMF |

---

[1] This stipulation applies only to plaintiff Kimberly Byrd.
[2] This stipulation applies only to plaintiffs Manuela Espinosa, Robyn Grosenbacher, Barbara Sherman, and Christine Sumner.
[3] This stipulation applies only to plaintiff Amy Farris.
[4] Plaintiff a/k/a Jessica Loughry.

## **STIPULATION OF DISMISSAL WITH PREJUDICE OF SETTLED ACTIONS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims of plaintiffs in the above-captioned matters, against named defendants are dismissed in their entirety with prejudice.  Furthermore, this Stipulation of Dismissal dismisses all claims against all parties, including those parties who have not entered their appearance and/or signed the stipulation.  Each party to bear its own attorneys' fees and costs.

DATED:  November 7, 2013

| | |
|---|---|
| *s/ Francis J. Flynn (w/ consent)*<br>Francis (Casey) J. Flynn<br>Jeffrey J. Lowe<br>Carey Danis & Lowe<br>8235 Forsyth, Suite 1100<br>St. Louis, Missouri 63105<br>Telephone:  (314) 678-3400<br>Fax:  (314) 678-3401<br>casey@jefflowepc.com<br>jeff@jefflowepc.com | *s/ Terry Lueckenhoff*<br>Terry Lueckenhoff (Bar # 27810MO)<br>John E. Galvin (IL Bar #6205935)<br>Fox Galvin, LLC<br>One South Memorial Drive, 12th Floor<br>St. Louis, MO 63102<br>Telephone:  (314) 588-7000<br>Fax:  (314) 588-1965<br>tlueckenhoff@foxgalvin.com<br>jgalvin@foxgalvin.com |
| *s/Andrew J. Cross (w/ consent)*<br>Andrew J. Cross<br>Carey Danis & Lowe<br>8235 Forsyth, Suite 1100<br>St. Louis, Missouri 63105<br>Telephone:  (314) 678-3400<br>Fax:  (314) 678-3401<br>across@careydanis.com | Adam L. Hoeflich (IL Bar # 6209163)<br>Brian S. Prestes (IL Bar # 6288528)<br>Bartlit Beck Herman Palenchar & Scott LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Telephone:  (312) 494-4400<br>Fax:  (312) 494-4440<br>adam.hoeflich@bartlit-beck.com<br>brian.prestes@bartlit-beck.com |
| *s/ Michael O'Malley (w/ consent)*<br>Michael O'Malley (IL Bar #3125757)<br>Carey Danis & Lowe<br>5111 West Main Street<br>Belleville, IL 62226<br>Telephone:  (618) 212-6300<br>Fax:  (618) 212-6307<br>momalley@careydanis.com | Susan A. Weber (IL Bar # 6211895)<br>James W. Mizgala (IL Bar # 6271760)<br>Nathan A. Huey (IL Bar # 6280257)<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:  (312) 853-7000<br>Fax:  (312) 853-7036<br>saweber@sidley.com<br>jmizgala@sidley.com<br>nhuey@sidley.com |
| *Counsel for Plaintiffs* | *Counsel for Bayer Defendants* |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                  *s/ Terry Lueckenhoff*