UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Katena Armstrong v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10174-DRH |
| *Danielle Duncan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13349-DRH |
| *Christina Halstead v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10004-DRH |
| *Natasha Hester v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11031-DRH |
| *Jessica Goodman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11028-DRH |
| *Melissa Gorman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10153-DRH |
| *Mary Schwenke v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10163-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 7, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                 **NANCY J. ROSENSTENGEL,**
                                 **CLERK OF COURT**

                                 **BY:** _/s/*Sara Jennings*_
                                                   **Deputy Clerk**

Dated:  November 12, 2013

Digitally signed by David R. Herndon
Date: 2013.11.12 11:49:21 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT